No. 24-1628

# In the United States Court of Appeals for the Eighth Circuit

───────────────

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
TEXAS ASSOCIATION OF BUSINESS; and
LONGVIEW CHAMBER OF COMMERCE,

*Petitioners,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

───────────────

On Petitions for Review of an Order of the
Securities & Exchange Commission

## CORPORATE DISCLOSURE STATEMENT

Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3100

Daryl Joseffer
Tyler S. Badgley
Kevin R. Palmer
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337

Eugene Scalia
  *Counsel of Record*
Jonathan C. Bond
Max E. Schulman
Brian C. McCarty
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
EScalia@gibsondunn.com

*Counsel for Petitioners Chamber of Commerce
of the United States of America, Texas Association of Business,
and Longview Chamber of Commerce*

Pursuant to Fed. R. App. P. 26.1 and 8th Cir. R. 26.1A, petitioners the Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce make the following disclosures:

The Chamber of Commerce of the United States of America has no parent corporation, and no publicly held company owns 10% or more of its stock.

The Texas Association of Business has no parent corporation, and no publicly held company owns 10% or more of its stock.

The Longview Chamber of Commerce has no parent corporation, and no publicly held company owns 10% or more of its stock.

| | |
|---|---|
| Dated:  March 29, 2024 | Respectfully submitted, |
| | /s/ *Eugene Scalia* |
| | EUGENE SCALIA |
| | *Counsel of Record for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce* |

# CERTIFICATE OF SERVICE

I hereby certify that, on March 29, 2024, an electronic copy of the foregoing statement was filed with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

    /s/ *Eugene Scalia*
EUGENE SCALIA

*Counsel of Record for Petitioners*
*Chamber of Commerce of the*
*United States of America,*
*Texas Association of Business, and*
*Longview Chamber of Commerce*