# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Eugene Scalia

**CC:** Aletheia V.P. Allen
Tyler S. Badgley
Megan Barbero
Jonathan Bashi
Jonathan Bond
Alison Carney
Vanessa Countryman
Paul Garrahan
Steven J. Goldstein
William Grantham
Tracey A. Hardin
Michele Ann Hunton
Jason E. James
Julia Erica Jonas-Day
Daryl L. Joseffer
Glenn S. Kaplan
Vanessa L. Kassab
Shayln Kettering
Yuriy Korol
Sheng Li
Brian C. McCarty
Michael E. Moody
Andrew Joseph Morris
Bradley J. Motl
Kevin R. Palmer
Ashwin P. Phatak
John Robert Rady
Ewan C. Rayner
Brian Alan Richman
Max E. Schulman
Kaelah M. Smith
Daniel Staroselsky
Heidi Parry Stern
Peter N. Surdo
Hannah Yindra

**FROM:** Britny N. Williams

**DATE:** June 17, 2024

**RE:** 24-1628 Chamber of Commerce of the U.S.A., et al v. SEC
24-2173 National Center for Public Policy Research v. SEC

Eighth Circuit Rule 28A(g)(5) requires appellant to submit an electronic version of the addendum with the opening brief. We did not receive an addendum from you at the time you filed your brief, and we cannot file the brief without the addendum. **Please review the provisions of 8th Cir. R. 28A(g) and provide an electronic version of the addendum using the event, Addendum Submitted for Review within five days of the date of this notice. The addendum should include a cover page like the brief's cover page and the rules or order being appealed. Please make sure you uncheck the consolidated cases in the bottom left corner that are not listed above.** If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

Please do not submit paper copies of the brief and addendum until we have reviewed the addendum and sent you a Notice of Docket Activity informing you that the addendum has been accepted for filing. The paper copies of the brief and the addendum should be filed as a combined document. Please submit the required copies of the brief and addendum within five days of receipt of the Notice of Docket Activity stating the addendum has been filed.

If you have any questions, please contact our office.