# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Chamber of Commerce of the U.S. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1628 **for the following party(s): (please specify)**

Americans for Financial Reform Education Fund, Sierra Club, and Sierra Club Foundation, Environmental Defense Fund and Natural Resources Defense Council, who are separately represented, also joined the brief

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Hana Vizcarra  s/: Hana Vizcarra

Firm Name: Earthjustice

Business Address: 1001 G Street, NW, Suite 1000

City/State/Zip: Washington, DC, 20001

Telephone Number (Area Code): (202) 667-4500

Email Address: hvizcarra@earthjustice.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/19/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: