# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Chamber of Commerce of the U.S.A., et al vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1628 **for the following party(s): (please specify)**

> Institutional Investors, except for amicus curiae California State Teachers' Retirement System (CalSTRS), which is represented solely by its general counsel, Brian J. Bartow.

| | Appellant(s) | | Petitioner(s) | | Appellee(s) | | Respondent(s) | ✔ | Amicus Curiae | | Intervenor(s) |

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Katherine L. Pringle     s/: Katherine L. Pringle

Firm Name: Friedman Kaplan Seiler Adelman & Robbins LLP

Business Address: 7 Times Square

City/State/Zip: New York, NY 10036-6516

Telephone Number (Area Code): 212-833-1118

Email Address: kpringle@fklaw.com

---

## CERTIFICATE OF SERVICE

✔ I hereby certify that on 8/21/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: