**GIBSON DUNN**

Eugene Scalia
Partner
T: +1 202.955.8210
M: +1 202.213.0743
escalia@gibsondunn.com

September 25, 2024

Maureen W. Gornik
Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO, 63102

Re: *Chamber of Commerce of the United States of America v. SEC* (No. 24-1628) and all consolidated cases

Dear Ms. Gornik:

I am arguing counsel for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce in No. 24-1628. I am writing to inform the Court that I will be unavailable for oral argument on the following dates listed on the Court's argument calendar: (1) November 18-22, 2024; (2) January 13-17, 2025; (3) February 10-12, 2025; and (4) June 12-13, 2025. Thank you for your consideration.

Respectfully submitted,

/s/ Eugene Scalia
Eugene Scalia

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W. | Washington, D.C. 20036-4504 | T: 202.955.8500 | F: 202.467.0539 | gibsondunn.com

Appellate Case: 24-1628    Page: 1    Date Filed: 09/25/2024 Entry ID: 5439773