**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., *Petitioners*, v. SECURITIES AND EXCHANGE COMMISSION, *Respondent*, DISTRICT OF COLUMBIA, et al., *Intervenors.* | No. 24-1628 *Consolidated with* Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1631, 24-1634, 24-1685, 24-2173 |

**MOTION TO WITHDRAW**

Tyler S. Badgley, counsel for petitioner Chamber of Commerce of the United States of America, respectfully moves to withdraw as an attorney in this matter. Mr. Badgley will be leaving the employment of the U.S. Chamber Litigation Center effective January 17, 2025. The Chamber of Commerce of the United States of America will continue to be represented by other counsel of record.

1

Dated: January 16, 2025

Respectfully submitted,

_/s/ Tyler S. Badgley_
Tyler S. Badgley
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337
TBadgley@USChamber.com

*Withdrawing Counsel for Petitioner Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

    /s/ Tyler S. Badgley
Tyler S. Badgley
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337
TBadgley@USChamber.com

*Withdrawing Counsel for Petitioner Chamber of Commerce of the United States of America*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts exempted under Federal Rule of Appellate Procedure 27(d)(a)(2)(B), it contains 62 words.

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point New Century Schoolbook LT.

I further certify that this motion has been scanned for viruses and is virus-free.

Dated:  January 16, 2025

*/s/ Tyler S. Badgley*
Tyler S. Badgley
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C.  20062
(202) 463-5337
TBadgley@USChamber.com

*Withdrawing Counsel for Petitioner Chamber of Commerce of the United States of America*